1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JON MILLER, et al.,

Plaintiffs,

v.

MEDIA SERVICES ACQUISITION
CORP., et al.,

Defendants.

CASE NO. C09-1425JLR

ORDER GRANTING MOTION
TO DISMISS

16    This matter comes before the court on Plaintiff Tim Fujita-Yuhas's motion to

17 dismiss without prejudice his claims against Defendants Adam Cohen and Jennifer Sultan

18 (Dkt. # 93).  No party has filed an opposition to Mr. Fujita-Yuhas's motion.  Having

19 considered Mr. Fujita-Yuhas's motion, the balance of the record, and the governing law,

20 the court GRANTS Mr. Fujita-Yuhas's motion to dismiss (Dkt. # 93).

21    Federal Rule of Civil Procedure 41(a)(2) provides that, after the opposing party

22 has served either an answer or a motion for summary judgment, "an action may be

ORDER- 1

1  dismissed at the plaintiff's request only by court order, on terms that the court considers

2  proper." Fed. R. Civ. P. 41(a)(2). "A district court should grant a motion for voluntary

3  dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain

4  legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001). The

5  dismissal of claims against a debtor does not violate the automatic bankruptcy stay

6  because it does not constitute a "continuation" of a judicial proceeding against a debtor

7  under 11 U.S.C. § 362(a). *O'Donnell v. Vencor Inc.*, 466 F.3d 1104, 1110 (9th Cir.

8  2006). Dismissals pursuant to Rule 41(a)(2) are without prejudice unless the order states

9  otherwise. Fed. R. Civ. P. 41(a)(2).

10  Here, no party has opposed Mr. Fujita-Yuhas's motion, and the court has

11  identified no plain legal prejudice that would result from Mr. Fujita-Yuhas's dismissal of

12  his claims against Mr. Cohen and Ms. Sultan. In light of the Ninth Circuit's recognition

13  that a dismissal does not violate the automatic stay provision of 11 U.S.C. § 362(a), *see*

14  *O'Donnell*, 466 F.3d at 1110, the court GRANTS Mr. Fujita-Yuhas's motion to dismiss

15  without prejudice his claims against Mr. Cohen and Ms. Sultan (Dkt. # 93).

16  Dated this 10th day of June, 2011.

17

18

19  JAMES L. ROBART
   United States District Judge

20

21

22

ORDER- 2